UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| MIRWAIS ASLAMI, | Case No. 2:19-CV-01453-GMN-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| AMICA MUTUAL INSURANCE COMPANY; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

Before the Court is the Proposed Stipulated Discovery Plan and Scheduling Order (ECF No. 10), seeking a one year discovery period. This request is denied as the parties fail to justify this extraordinary request. The parties shall submit a revised plan measuring discovery 180 days from the date of this Order.

Accordingly, IT IS HEREBY ORDERED that the Proposed Stipulated Discovery Plan and Scheduling Order (ECF No. 10) is DENIED.

IT IS FURTHER ORDERED that the parties shall submit a revised discovery plan and scheduling order in accordance with the terms of this Order no later than February 21, 2020.

DATED: February 13, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1