1  **RAMZY PAUL LADAH, ESQ.**
   Nevada Bar No. 11405
2  **LADAH LAW FIRM**
3  517 S. Third Street
   Las Vegas, NV 89101
4  Email: litigation@ladahlaw.com
   Telephone: (702) 252-0055
5  *Attorneys for Plaintiff*
6  *Mirwais Aslami*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| MIRWAIS ASLAMI, | CASE NO. 2:19-cv-01453-GMN-EJY |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| AMICA MUTUAL INSURANCE COMPANY; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

IT IS STIPULATED AND AGREED by and between Plaintiff MIRWAIS ASLAMI and Defendant AMICA MUTUAL INSURANCE COMPANY, through their respective counsel of record, that is, Ramzy Paul Ladah, Esq. of the Ladah Law Firm, on behalf of Plaintiff and Douglas J. Duesman, Esq. of Thorndal Armstrong Delk Balkenbush & Eisinger on behalf of Defendant, that Plaintiff's claims against Defendant, be dismissed, with prejudice, with each party to bear his/its own attorneys' fees and costs.

//

//

//

DATED this 29 day of June, 2020.

**LADAH LAW FIRM**

/s/ Ramzy Paul Ladah #11082

RAMZY PAUL LADAH, ESQ.
517 S. Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

DATED this 30th day of June, 2020.

**THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER**

/s/ Douglas J. Duesman

DOUGLAS J. DUESMAN, ESQ.
1100 E. Bridger Avenue
Las Vegas, NV 89101
*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

Dated this 2 day of July, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court